DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed March 28, 2016

*M. Elaine Hammond*
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                        )   Chapter 13
                              )
DIRK HUGHES-HARTOGS           )   Case No. 15-51318 MEH
                              )
                              )
_____Debtor_____

**FINAL DECREE**

The estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtor and the bond is canceled.

*** END OF ORDER ***